# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: FRANCISCO J. JAYME and ALICIA JAYME, Pro Se, | U.S. Bankruptcy Case No. 15-10504-t7 Adversarial Case No. 15-1079-t CHAPTER 7 |
| Debtors. | |

FRANCISCO JAVIER JAYME and
ALICIA ROJAS JAYME, Pro Se,

      Appellants,

  vs.                                               Civ. No. 17-1046 JCH/KK

JOE JESS MONGE and
ROSANA ELENA MONGE,

      Appellees.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Kirtan Khalsa, filed June 15, 2018. (Doc. 11.) The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 11) are adopted.

**IT IS FURTHER ORDERED** that Appellant's Notice of Appeal (Doc. 1) is **DISMISSED** for lack of appellate jurisdiction on the ground that it was untimely filed.

_____
**JUDITH C. HERRERA**
**United States District Judge**